BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAHEED FATIMA ASLAM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HILLARY RODHAM CLINTON, et al.<br><br>Defendants. | No. 1:12-cv-1605 AWI SKO<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME<br><br>(Docket No. 8) |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of an immigrant visa petition. The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. The parties therefore stipulate that the time for filing the government's answer to the complaint be extended to January 3, 2013.

DATED: November 29, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

_/s/ Audrey B. Hemesath_____
Audrey B. Hemesath
Assistant U.S. Attorney

/s/ Ruby Esther Lieberman
Ruby Esther Lieberman
Attorney for Plaintiffs

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the time for the government's answer is extended to January 3, 2013.

IT IS SO ORDERED.

**Dated: December 4, 2012**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE