BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHEED FATIMA ASLAM, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Hillary Rodham Clinton, et al.<br><br>        Defendants. | No. 1:12-cv-1605 AWI SKO<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL. |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of an immigrant visa petition. The petition has now been adjudicated, and accordingly both parties stipulate to dismissal of the action as moot, each side to bear its own costs of litigation.

DATED: December 10, 2012         Respectfully submitted,
                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ Audrey B. Hemesath
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney

                                 /s/ Ruby Esther Lieberman
                                 Ruby Esther Lieberman
                                 Attorney for Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the case is dismissed as moot.

IT IS SO ORDERED.

Dated:   December 10, 2012

UNITED STATES DISTRICT JUDGE

-2-